**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IHAB NADHIM KIFAH,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOHN ZANONI,<br><br>　　　　Respondent. | Case No.  1:24-cv-01028-CDB<br><br>ORDER ADMINISTRATIVELY CLOSING INSTANT CASE AS OPENED IN ERROR |

　　　Petitioner Ihab Nadhim Kifah ("Petitioner") is a state pretrial detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. 1).  This action was filed on August 29, 2024.  *Id*.

　　　Approximately one month earlier (July 25, 2024), Petitioner filed a nearly identical petition in *Kifah v. On Habeas Corpus*, Case No. 1:24-cv-00856-JLT-SKO.[1]  On July 29, 2024, the Honorable United States Magistrate Judge Sheila K. Oberto issued an order granting Petitioner leave to file a motion to amend his petition to name a proper respondent.  (*Kifah*, Doc. 3).  It appears that the instant petition was filed in response to Judge Oberto's order given that it names a new respondent but advances virtually identical allegations and claims for relief.  Therefore, the instant action is duplicative of the first, and was opened in error.  As a result, the

---

[1] A court may take judicial notice of court records in another case.  *United States v. Howard,* 381 F.3d 873, 876 n.1 (9th Cir. 2004).

1

Court directs the Clerk of the Court to correct this administrative error by closing the incorrectly opened new case.

Petitioner is informed that he should continue to respond to orders issued in Case No. 1:24-cv-00856-JLT-SKO regarding his petition for writ of habeas corpus and identify his filings with that case number.  **That case remains open at this time and is not affected by this order**. In addition, Petitioner will **not** be charged the filing fee for this incorrectly opened case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall ADMINISTRATIVELY CLOSE Case No. 1:24-cv-01028-CDB; and

2. The Clerk of the Court shall file in *Kifah v. On Habeas Corpus*, Case No. 1:24-cv-00856-JLT-SKO the petition (Doc. 1) filed and this order issued in Case No. 1:24-cv-01028-CDB.

IT IS SO ORDERED.

Dated:   **September 5, 2024**

UNITED STATES MAGISTRATE JUDGE

2